UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                        Case No. 21-30032
                                       Originating No. GJO2019 CF3 8612
                                                    2018 CF2 005594

**JESSE VORONA,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JESSE VORONA,** to answer to charges pending in another federal district, and states:

    1.  On **January 16, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on an Indictment**. **Defendant is charged in that district with violation of 22 U.S.C. §404(a)(2), 4502, 22 U.S.C §402, 3701, 3703, 22 U.S.C §404(2001 ed.)–Assault with Significant Bodily Injury while Armed, Assault with a dangerous weapon, and Assault.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                              Respectfully submitted,

                                              MATTHEW J. SCHNEIDER
                                              United States Attorney

                                              s/Mitra Jafary-Hariri
                                              Assistant U.S. Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              Mjafary-hariri@usa.doj.gov
                                              (313) 226-9632

Dated: January 19, 2021